

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Gregory Robert Leal,                    * From the 118th District Court
                                        of Howard County,
                                        Trial Court No. 16630.

Vs. No. 11-24-00145-CR                  * June 5, 2025

The State of Texas,                     * Memorandum Opinion by Bailey, C.J.
                                        (Panel consists of: Bailey, C.J.,
                                        Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.